IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case Nos. | CR-99-031-E-BLW |
| | ) | | CR-99-039-E-BLW |
| v. | ) | | CV-02-192-E-BLW |
| | ) | | CV-02-193-E-BLW |
| PATRICK R. MURILLO, | ) | | |
| | ) | **JUDGMENT** | |
| Defendant. | ) | | |
| _____ | ) | | |

Based upon the Court's Memorandum Decision and Order filed herewith,

IT IS HEREBY ORDERED that the Motion filed by PATRICK R.

MURILLO pursuant to 28 U.S.C. § 2255 (Docket No. 236 in CR-99-31-E-BLW

and Docket No. 34 in CR-99-39-E-BLW) is DISMISSED.

IT IS FURTHER HEREBY ORDERED that Civil Case Nos. 02-192-E-

BLW and 02-193-E-BLW are DISMISSED.

DATED:  **October 28, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT - 1**